## Case No. 4,983.

### FOSTER v. SIMMONS.

[1 Cranch, C. C. 316.] [1]

Circuit Court, District of Columbia. June Term, 1806.

THE COURT (nem. con.) refused the instruction, saying that they must take the whole act, or no part of it. If this construction be not given to the statute, there is no law to prevent the importation of slaves into the District of Columbia. It was the intention of congress to continue in force in this part of the District all the laws as they then existed.